IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. |
| | : | |
| FRANK JOSEPH BRATJAN, | : | |
| | : | MJ Case No. 22-mj-134 |
| Defendant. | : | |
| | : | VIOLATION: |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |

# INFORMATION

The United States Attorney charges that at all relevant times:

On or about January 6, 2021, in the District of Columbia, **FRANK JOSEPH BRATJAN** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Emily Allen
Emily W. Allen
Attorney, detailed to the
United States Attorney's Office for the
District of Columbia
601 D. Street, N.W.
Washington, DC 20530