FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION



Date of entry  06/17/2022

    FRANK JOSEPH BRATJAN JR., ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓,
was interviewed at the US Postal Service Office of Inspector Generals Office located at address 3165 Lexington Ave S, Eagan, Minnesota. BRATJAN was advised of the identity of the interviewing Agents ▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Prior to the interview, BRATJAN was advised of his rights under Miranda, via the FEDERAL BUREAU OF INVESTIGATION FD-395 Advice of Rights form. The form was read aloud to BRATJAN who then read and signed the waiver portion of the form, indicating that he understood his rights and agreed to waive those rights. The Advice of Rights form will be included as a 1A.

**Communications by the parties in the interview room were intended to be electronically recorded. The recording captures the actual words spoken during some of the interview. The recording device malfunctioned during the interview. The interview lasted for approximately 35 minutes.**

    Prior to moving to Eagan, BRATJAN previously lived in Victoria, Minnesota at his mother's house and in Syracuse, New York. In New York, BRATJAN lived with his sister sometimes until COVID and then lived in a vehicle.

    BRATJAN was asked what he believes his arrest was for. BRATJAN said he wasn't sure but maybe related to something about the mail.

    BRATJAN was asked where he was on January 6th. BRATJAN said he went to the Trump rally in Washington DC and followed the crowd to the Capitol building where he also went inside the building. BRATJAN drove from New York to the Washington DC area. BRATJAN slept in his van in a Home Depot parking lot.

    BRATJAN said the area near the Capitol building was crazy and he saw "riot control" happening by the police. Prior to entering the Capitol building, BRATJAN was on the left side of the scaffolding and near guys in tactical gear that were fighting with the police. BRATJAN said he was approximately 30-50 feet away from police outside of the Capitol. BRATJAN saw riot shields and heard flash bangs being used by the police. BRATJAN

| | | |
|---|---|---|
| Investigation on 06/14/2022 | at | Eagan, Minnesota, United States (In Person) |
| File # 266H-MP-3543331 | | Date drafted 06/14/2022 |
| by ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

266H-MP-3543331

Continuation of FD-302 of (U) Custodial Interview of FRANK JOSEPH BRATJAN JR. , On 06/14/2022 , Page 2 of 4

said he did not fight with police.

After people in the crowd broke into the Capitol building, BRATJAN followed the crowd in because he wanted to get more information about what was happening inside.  BRATJAN observed people in the building who were shouting and belligerent.  BRATJAN said he went up some stairs and also made his way to a ball room.  BRATJAN estimated he was in the Capitol for approximately 10 minutes.

BRATJAN was asked why he went to Washington DC.  BRATJAN said he believed the rally was going to be a "historical moment".  BRATJAN wanted to assist with standing up to the election theft.  BRATJAN thought those at the Capitol on January 6 were going to assist with the change in the election system.  BRATJAN wanted to assist with that change but not in a violent way.  BRATJAN did not participate in violence or plan to be violent while in DC.  BRATJAN said he was prepared to chant.  BRATJAN said he participated in the riot at the Capitol (BRATJAN qualified his statement concerning participation in a riot.  BRATJAN noted the use of the definition of "riot" as defined by the interviewing agents) by walking into the Capitol.

BRATJAN entered the Capitol through a window because that's where the crowd guided him to enter the Capitol building.  BRATJAN was asked what his thoughts were at that time about going into the Capitol through a window.  BRATJAN said everyone was masked and he was in a large group of people so he didn't think it "would ever come back to bite me" even though he definitely saw cameras around.

BRATJAN identified his social media accounts as a Facebook account with his name as his username and an Instagram account with the username as THE_MOST_FRANK.  BRATJAN said he posted on his Facebook account about the Capitol.  BRATJAN originally said he did not remember posting anything to his Instagram account.  BRATJAN was shown a post from the Instagram account THE_MOST_FRANK.  BRATJAN agreed that the post was from him and he recalled taking the picture included in the post.  BRATJAN then agreed that he must have also posted to Instagram.  BRATJAN was asked about the words that were written with that post.  BRATJAN said those were his words.  BRATJAN was read some of the words from the post.  BRATJAN said he made the post when he was excited or amped up after the event.  BRATJAN said he regrets posting those words.  BRATJAN clarified that he was exposed to tear gas and pepper spray on the outside of the Capitol by the scaffolding.  BRATJAN was asked about his post in relation to the #stopthesteal.  BRATJAN then discussed that congress was in session to finalize the election, which BRATJAN believed was fraudulent and that was the point of why so many people were in

FD-302a (Rev. 5-8-10)

266H-MP-3543331

Continuation of FD-302 of (U) Custodial Interview of FRANK JOSEPH BRATJAN JR. , On 06/14/2022 , Page 3 of 4

DC: To say "we've had enough".  BRATJAN said that was why he traveled to DC from New York.

BRATJAN was shown the attached driver's license and pictures (see the attached 1A).  BRATJAN agreed that the driver's license picture was him and the picture standing next to his van is him.  BRATJAN said the picture on the bottom left in the Capitol is him.  BRATJAN said he was not sure if the other two pictures were of him but believe they could be.  BRATJAN was shown a final picture from the Rotunda.  BRATJAN said that picture was him.

BRATJAN was shown a video from https://www.newsflare.com/video/402653/mob-incited-by-trump-storms-interior-of-capitol-including-offices-of-mcconnell-and-pelosi-in-terrifying-act. (reference Serial 18).  BRATJAN agreed that the person pointed out by SA Bujold in the crowd was him.  BRATJAN denied helping to push the crowd against the officers and said he did not come that close to the officers.  SA Bujold pointed to the red hat that can be seen close to officers.  BRATJAN said that could be anyone and he does not remember being that close to officers.  BRATJAN was warned that lying to a Federal Officer is a Federal Crime that can get BRATJAN into more trouble.  BRATJAN understood and maintained that he did not help the crowd push against the officers.

After BRATJAN left the Capitol, BRATJAN got into his van and drove home.  BRATJAN said it took him approximately four hours to drive back to New York.  BRATJAN did not go to the Capitol with anyone else and went alone to Washington DC.

BRATJAN told his Dad and possibly his mom about going to the Capitol but generally kept that information to himself.  BRATJAN said he might have talked to Alex (LNU) or JP (LNU) about going to the Capitol but realized others would not agree with him going to the Capitol or participating with the events on January 6.  BRATJAN said others at his climbing gym were social media friends with BRATJAN and probably saw his posts about the events on January 6.  BRATJAN admitted to deleting posts he made about January 6.  BRATJAN eventually became embarrassed by the posts he made about January 6 and his involvement.  BRATJAN said he now sees the stupidity of it.  BRATJAN also said that he deleted his posts and did not talk to many others about his involvement with January 6.

BRATJAN discussed a few conspiracy theories that he likes including COVID was created by a lab in Wuhan to thin the population and the COVID vaccine and 5G cellular towers are in use to control people.  BRATJAN found out

266H-MP-3543331

Continuation of FD-302 of (U) Custodial Interview of FRANK JOSEPH BRATJAN JR. , On 06/14/2022 , Page 4 of 4

about the rally on January 6th from podcaster Jeffrey Prather on Patreon. Prather discusses conspiracy theories on his show. BRATJAN did not subscribe to the Qanon theory because he was not really into what Q talked about.

BRATJAN provided his pass code for his cell phone as 1880.

Interviewing agents explained to BRATJAN the next steps in his legal process, including the initial appearance process, and where he would go following the interview.