# Rick Ackerman

7700 Vincent Drive
Victoria, MN 55386
315-254-5282

Hon. Judge Trevor N. McFadden
United States District Judge

September 05, 2022

Dear Judge McFadden,

I am Frank Bratjan's stepfather. I have known Frank since 2003.

Frank is not a member of any violent extremist antigovernment organizations, nor is he a violent person. Frank is a mild mannered and courteous person that wishes no ill on any person and does not seek to damage or destroy any personal or public property.

Since Franks snowboarding accident in 2010, where he suffered a traumatic brain injury, his thinking can be imprudent and without consideration to the more nuanced effects from a decision. Frank does not deny he attended the protest and does confess to entering the Capital building on January 6, 2021. Though his true intent that day was only to see the historical event and make his voice known. Unfortunately, the emotion of the of the protest over-took his ability to fully rationalize and understand the magnitude of the events that day. Only after inside the Capital and hearing calls for violence against the senior USGOV officials did Frank realize the mistake he made. He, at that point, determined he was in the wrong place and began to find his way out of the Capital and depart Washington D.C.

Upon hearing from Frank of his presence in Washington D.C. on January 6th both his mother (Michelle) and I have taken a very active role in his life. Prior January 6th Frank was drifting and working entry level minimum wage jobs to sustain himself. We offered he move to Minnesota and live with us until he could right himself both mentally and fiscally. Frank entered the "City Contract Carrier" program with the U.S. Postal Service in April of 2021. Approximately twelve months later Frank converted to a fulltime postal carrier. Additionally, Frank has assumed, without any pay increase, the health and safety officer position for his post station. Upon securing the fulltime employment with the post office he no longer lives with us, nor does he live in his van. He has leased an apartment and lives near the post office where his designated route is assigned. He has immersed himself in his employment and works usually between sixty and seventy hours per week. Michelle and I continue to stay active and present in his life as navigates the larger decisions on a daily, weekly, and monthly basis.

Very Respectfully,

*[signature]*

**Rick Ackerman**
Colonel, U.S. Army Ret.