<span style="color:red">**EXHIBIT B**</span>

September 4, 2022

RE:  Frank Bratjan

Honorable Judge Trevor N. McFadden

United States District Judge

Dear Judge McFadden:

My name is Lawrence L. Josephs. I am a 74-year-old retired United States Army First Sergeant (E-8), having served from 1966 to 1995. I have lived at the same address, along with my wife Kathleen of 49 years, since 1974. In 1977 and 1978, while finishing up my 2-year Certificate in Law Enforcement at Inver Hills College, I personally conducted a nation-wide research project for the Saint Paul Police Department Training Unit, that led to the passage of the 1978 Minnesota Comprehensive Licensing Law for all of Minnesota's Law Enforcement, requiring now a two-year degree in Law Enforcement / Criminal Justice, before becoming employed as a Minnesota Police Officer.

Over the period of time from 1974 to present, we have had many USPS Mail Carriers and I can only remember one from many years ago that we really enjoyed visiting with and his name was Tom. Currently, Mr. Frank Bratjan has now been our mail carrier for quite some time now, and he is a real friendly person that listens to the neighbors on the block and is a pleasure to speak with. Our block is mostly senior citizens. We have shared recipes as he loves fresh wild edible greens as we do. He is truly a genuine person, making direct eye contact with you, and always has a smile on his face. We all feel like we have the ability to judge people based on how they make us feel, and I feel like Frank Bratjan is a true warm person that really cares about what you are saying.

My impression of Frank Bratjan has not changed since learning of his unfortunate encounter of being swept up in a crowd on that Januray 6th day and entering the United States Capitol Grounds. His Native American character is strong, and I'm sure that comes from his upbringing by his father & mother. It's something, where he has plead guilty to, as I understand it, and like all of us that have made mistakes, we learn from our mistakes and make the necessary adjustments in our lives to move forward.

In 1966, having barely graduated from Sibley High School, I was voted in the 1966 Year Book as *"The biggest trouble-maker and voted least likely to succeed."* I went on to become a National Speaker on Sales and  Motivation (see www.mnsalestraining.com) with membership in the NSA (National Speaker's Association, as well as the IPA (International Platform Association) and in more recent years, I have delivered Pro-Bono *"Students-at-Risk"* talks and pass out an Agenda of what we will be discussing, that includes my famous quote that is now in many school yearbooks across the country*:*

1

*"A high school diploma is an absolute minimum, or minimum wage will be your absolute maximum."*
*Copyright © 1998 Lawrence L. Josephs*  (Education Quotes from Students. www.Motivateus.com)
I open up my talks with a quote from President Theodore Roosevelt who once famously said:
*"We are today the product of the choices we have made in the past. However, we are also the architect of our future, and we can change that direction and become the person we want to be."*

Thank you, kindly Judge McFadden, for your time and consideration of Frank Bratjan's case.

Sincerely,

*/s/ Lawrence L. Josephs*

Lawrence L. Josephs
187 East Mainzer Street
West Saint Paul, Minnesota 55118-1531


**Mail Priority USPS September 5th, 2022 to:**

**Mr. Paul F. Enzinna, Esq.**
**Attorney at Law**
**ELLERMAN ENZINNA LEVY PLLC**
**1050 – 30th Street, N.W.**
**Washington, DC  20007**